UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TOU T., | Case No. 26-CV-1670 (PJS/LIB) |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, Secretary, Department of Homeland Security; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; and DAVID EASTERWOOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Tou T. by no later than March 2, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of petitioner's detention in light of the issues raised in the habeas petition.

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.    If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than March 5, 2026.

4.    Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to return petitioner to Minnesota no later than March 1, 2026, at 3:00 pm.

Dated: February 27, 2026, at 3:00 pm      /s/ Patrick J. Schiltz
                                                                Patrick J. Schiltz, Chief Judge
                                                                United States District Court