UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TOU T., | Case No. 26-CV-1670 (PJS/LIB) |
| Petitioner, | |
| v. | ORDER OF REFERENCE |
| KRISTI NOEM, Secretary, Department of Homeland Security; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

_____

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636 (b)(1)(A), (B), and (C), all dispositive and non-dispositive motions are referred to Magistrate Judge Leo I. Brisbois.


Dated: March 2, 2026                                /s/ Patrick J. Schiltz
                                                    Patrick J. Schiltz, Chief Judge
                                                    United States District Court