UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Tou T.,[1]                                                                Civil No. 26-cv-1670 (PJS/LIB)

　　　　　Petitioner,

vs.                                                                          ORDER ADOPTING
                                                                  REPORT AND RECOMMENDATION

Kristi Noem, et al.,

　　　　　Respondents.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois [ECF No. 8], and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Tou T.'s Petition for a writ of habeas corpus, [ECF No. 1], is **GRANTED**, as set forth herein;

2. Respondents are required to immediately release Petitioner in Minnesota without subjecting him to conditions greater than those specifically imposed in his July 28, 2005, Order of Supervision;

3. Respondents are required to release Petitioner with all his personal effects seized during his arrest, as well as, all identification documents and immigration documentation; and

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in immigration opinions such as the present Report and Recommendation. See, e.g., Yee S. v. Bondi, No. 25-cv-2782 (JMB/DLM), 2025 WL 2879479, at *1 n.1 (D. Minn. Oct. 9, 2025); Sarail A. v. Bondi, No. 25-cv-2144 (ECT/JFD), 2025 WL 2533673, at *1 n.1 (D. Minn. Sept. 3, 2025). Accordingly, where the Court refers to Petitioner by his name, only his first name and last initial are provided.

4.       Respondents are precluded from redetaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 14, 2026                               /s/ Patrick J. Schiltz
At Minneapolis, Minnesota                   Patrick J. Schiltz, Chief Judge
                                                                   United States District Court