# UNITED STATES DISTRICT COURT
## District of Minnesota

Tee Nee Thao,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1670 PJS/LIB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

**1.** Tou T.'s Petition for a writ of habeas corpus, [ECF No. 1], is **GRANTED**, as set forth herein;

**2.** Respondents are required to immediately release Petitioner in Minnesota without subjecting him to conditions greater than those specifically imposed in his July 28, 2005, Order of Supervision;

**3.** Respondents are required to release Petitioner with all his personal effects seized during his arrest, as well as, all identification documents and immigration documentation; and

**4.** Respondents are precluded from redetaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

Date: 3/16/2026

KATE M. FOGARTY, CLERK